Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida__

__Jacksonville__ Division

Kent Allen Jr.
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Logan Green
Rayshawn Bennett
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. __3:21-cv-586-MMH-PDB__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

FILED 2021 JUN -8 AM 9:21 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE FLORIDA

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kent Allen Jr.
   Street Address: 8201 SW 3rd Ct
   City and County: North Lauderdale
   State and Zip Code: Florida 33068
   Telephone Number: 404.721.9050
   E-mail Address: nerdsfinancial@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

- Name: Logan Green
- Job or Title (if known): CEO of Lyft
- Street Address: 814 Bellemeade Ave NW
- City and County: Atlanta
- State and Zip Code: GA 30318
- Telephone Number: 855.865.9553
- E-mail Address (if known):

**Defendant No. 2**

- Name: Rayshawn Bennett
- Job or Title (if known): currently incarcerated
- Street Address: 901 Rice Street NW
- City and County: Atlanta
- State and Zip Code: GA 30318
- Telephone Number: 404.613.2000
- E-mail Address (if known):

**Defendant No. 3**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

6-2-21

Unfortunately, Rayshawn is currently incarcerated in Fulton County Jail and is booking number 2106104. Additionally, he is a recording artist to Warner Music Group which I listed both address to for mailing purposes.

- Artist recording label
  Warner Music Group
  1633 Broadway
  New York, NY 10019           * Rayshawn Bennett

- Lyft Atlanta  * Corporate Office
  814 Bellemeade Ave NW
  Atlanta, GA 30318

- Fulton County Jail           * Rayshawn Bennett
  901 Rice St NW                 Booking # 2106104
  Atlanta, GA 30318

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* **Kent Allen Jr.**, is a citizen of the State of *(name)* **Florida**.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* **Rayshawn Bennett**, is a citizen of the State of *(name)* **Georgia**. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Logan Green, is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)* Georgia.

Or is incorporated under the laws of *(foreign nation)* —,

and has its principal place of business in *(name)* Georgia.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

In the year of 1997, I expressed the idea of Lyft to Rayshawn and expressed the concept of the idea of using ridesharing service. For relief I'm looking for $81 million for the idea I expressed to him.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

→ Please see attachment

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. In the year of 1997, I expressed the idea to Rayshawn and looking for $81 million for the idea.

LYFT

At the age of 12 in 1997, I still lived in the rural area of Baxley, Ga. During this time period my main hobby was playing basketball and video games. During the summertime my mother sent me to stay with my aunt in Augusta, Ga. Staying in Baxley was kind of boring at times and my older cousin whom name at the time was Bernard Miller (later changed to Rayshawn Bennett) also played basketball. While staying in Augusta for the summer we both went to summer camp. Most of the time, I played basketball and actually lived near LeBron James whom I also played basketball with as well.

My cousin Rayshawn also known as YFN Lucci also played basketball in the neighborhood but turned his main focus into music. I used to be a famed artist as a kid so at times I would help develop him and show certain ways on how to do things with his music. We would spend hours working together and he seemed more into music than basketball so I expressed to him the importance of writing.

By me not being from Augusta he had other friends so at times he would wonder off to hang out with them. During this time I would go by LeBron house to play video games inside the house. When he was ready to come home he would call his mom for a ride home and usually I would be sitting there playing video games. One day while this happened I was sitting there playing video games and he called her to ask for a ride. At this time, I said to her "Gosh he always calling you asking for a lift why not walk home." She replied, that's actually what I'm thinking I barely have gas. Afterwards, I said to her wait I just thought of an idea. At times ideas do randomly come to my mind. I expressed to her about using ridesharing service so people can get a lift to different places instead of carpooling. At the time, carpooling was popular and used amongst people.

She expressed to me that sounds like a good idea then she left to go get him. Now at a younger age I had already thought of the same concept while staying in Atlanta which I had thought of Uber. Usually, when thinking of ideas I like to use the same concept for (2) different names. I also did this with Aquafina and Desani, which are water products I thought of as well. Once he got home I explained the seem to him and he expressed that it sounds good. As with all the artists I developed I give them an idea.

I expressed to him that it was a ride sharing service and the name would be Lyft, because everyone needed a lift because at the time carpooling was popular. Additionally, to make the name unique I expressed to him that because the (I) is a silent vowel he could use a (Y) instead to make it unique. While expressing the idea he said that's a good idea! Additionally, I expressed to make sure it's a ride sharing service as the name will target consumers. By the end of summer, I returned back to Baxley. Throughout, the years we would sometimes speak with him into after a while we lost contact with each other. Overall, Rayshawn is a good person even with his current circumstances.

LYFT

At the age of 12 in 1997, I still lived in the rural area of Baxley, Ga. During this time period my main hobby was playing basketball and video games. During the summertime my mother sent me to stay with my aunt in Augusta, Ga. Staying in Baxley was kind of boring at times and my older cousin whom name at the time was Bernard Miller (later changed to Rayshawn Bennett) also played basketball. While staying in Augusta for the summer we both went to summer camp. Most of the time, I played basketball and actually lived near LeBron James whom I also played basketball with as well.

My cousin Rayshawn also known as YFN Lucci also played basketball in the neighborhood but turned his main focus into music. I used to be a famed artist as a kid so at times I would help develop him and show certain ways on how to do things with his music. We would spend hours working together and he seemed more into music than basketball so I expressed to him the importance of writing.

By me not being from Augusta he had other friends so at times he would wonder off to hang out with them. During this time I would go by LeBron house to play video games inside the house. When he was ready to come home he would call his mom for a ride home and usually I would be sitting there playing video games. One day while this happened I was sitting there playing video games and he called her to ask for a ride. At this time, I said to her "Gosh he always calling you asking for a lift why not walk home." She replied, that's actually what I'm thinking I barely have gas. Afterwards, I said to her wait I just thought of an idea. At times ideas do randomly come to my mind. I expressed to her about using ridesharing service so people can get a lift to different places instead of carpooling. At the time, carpooling was popular and used amongst people.

She expressed to me that sounds like a good idea then she left to go get him. Now at a younger age I had already thought of the same concept while staying in Atlanta which I had thought of Uber. Usually, when thinking of ideas I like to use the same concept for (2) different names. I also did this with Aquafina and Desani, which are water products I thought of as well. Once he got home I explained the seem to him and he expressed that it sounds good. As with all the artists I developed I give them an idea.

I expressed to him that it was a ride sharing service and the name would be Lyft, because everyone needed a lift because at the time carpooling was popular. Additionally, to make the name unique I expressed to him that because the (I) is a silent vowel he could use a (Y) instead to make it unique. While expressing the idea he said that's a good idea! Additionally, I expressed to make sure it's a ride sharing service as the name will target consumers. By the end of summer, I returned back to Baxley. Throughout, the years we would sometimes speak with him into after a while we lost contact with each other. Overall, Rayshawn is a good person even with his current circumstances.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/2/21

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Kent Allen Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address